UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHARON DAVIS, <br><br> Plaintiff, <br><br> v. <br><br> SAFEWAY INC., <br><br> Defendant. | C20-1090 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties are DIRECTED to show cause why the Court should not transfer this case to the Eastern District of Washington pursuant to 28 U.S.C. § 1404(a). The parties' show-cause response shall be filed on or before **Friday, July 23, 2021**.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of July, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1